UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-01389 DMG (ADS)            Date: November 20, 2019

Title: *Tedd E. Jojola v. Riverside Superior Court*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):      Attorney(s) Present for Respondent(s):
None Present                                           None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 29, 2019, Petitioner Tedd E. Jojola filed a Petition for Writ of Habeas Corpus by a Person in State Custody. [Dkt. No. 1]. On September 20, 2019, the Court issued an Order to Show Cause because Petitioner did not provide sufficient information in the Petition and the Petition appears wholly unexhausted. [Dkt. No. 4]. The Court ordered Petitioner to provide the necessary information on the correct form within twenty-eight (28) days of service of the Order. [Id.].

Petitioner has not filed a petition or otherwise communicated with the court since August 23, 2019. See [Dkt. No. 3]. Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders, **by no later than December 11, 2019.**

Petitioner may choose to proceed with the Petition in its current form, despite the infirmities identified in the September 20, 2019 Order [Dkt. No. 4]. Petitioner is expressly cautioned that the Petition appears wholly unexhausted and therefore the petition is subject to dismissal. If Petitioner chooses to proceed with the Petition, it will be viewed by the Court as the inability to cure the defects identified. As such, the Court will recommend dismissal of the Petition to the District Judge.

Petitioner may respond to this order by filing a petition with the necessary information on the correct form or, if Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil

Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh